UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| BRIGGS & STRATTON CORPORATION |
|---|
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

S U M M O N S

Court No.

TO:  The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: | See Attached Schedule | Center (if known): | CEE003 |
|---|---|---|---|
| Protest Number: | 390121124774 | Date Protest Filed: | 06/15/2021 |
| Importer: | BRIGGS & STRATTON CORPORATION | Date Protest Denied: | 07/28/2022 |
| Category of Merchandise: | ENGINE PARTS AND COMPONENTS | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See Attached | Schedule | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

JASON M. KENNER, ESQ.
SANDLER, TRAVIS & ROSENBERG, P.A.
675 THIRD AVENUE, SUITE 1805-06
NEW YORK, NY 10017
(212) 549-0137 / JKENNER@STRTRADE.COM

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: |
| Plaintiff challenges the liquidation of the subject entries. As a result of clerical and technical errors in the entries, excess duties, taxes and fees were assessed by CBP and paid by Plaintiff. |

| The issue which was common to all such denied protests: |
|---|
| Excess duties, taxes, and fees were assessed by Customs and paid by Plaintiff as a result of clerical and technical errors in the entries. |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Jason M. Kenner
*Signature of Plaintiff's Attorney*

01/24/2023
*Date*

# SCHEDULE OF PROTESTS

<u>CEE003        </u>
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 390121124774 | 6/15/2021 | 07/28/2022 | D9912172722 | 2/26/2020 | 12/18/2020 | 3901 |
| | | | D9912173142 | 2/11/2020 | 1/8/2021 | 3901 |
| | | | D9912174496 | 2/22/2020 | 1/15/2021 | 1901 |
| | | | D9912179511 | 3/4/2020 | 1/29/2021 | 1703 |
| | | | D9912187027 | 3/23/2020 | 2/12/2021 | 1901 |
| | | | D9912187365 | 3/24/2020 | 2/19/2021 | 3002 |
| | | | D9912195004 | 4/6/2020 | 2/26/2021 | 2704 |
| | | | D9912195624 | 4/11/2020 | 3/5/2021 | 3901 |
| | | | D9912196184 | 4/15/2020 | 3/12/2021 | 2704 |
| | | | D9912196200 | 4/14/2020 | 3/12/2021 | 1901 |
| | | | D9912203816 | 5/13/2020 | 3/26/2021 | 2704 |
| | | | D9912210233 | 5/18/2020 | 4/16/2021 | 2704 |
| | | | D9912216180 | 6/1/2020 | 4/23/2021 | 3901 |
| | | | | | | |
| | | | | | | |