**UNITED STATES COURT OF INTERNATIONAL TRADE**                    FORM 7A

BRIGGS & STRATTON CORPORATION

                                        Plaintiff,
                                                                Court No. 23-00014
         v.
UNITED STATES


                                        Defendant.


**NOTICE OF DISMISSAL**

         **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

         June 26, 2025
Dated: _____

                                        Jason M. Kenner

                                        _____
                                                Attorney for Plaintiff
                                        675 Third Avenue, Suite 1805

                                        _____
                                                Street Address
                                        New York, NY 10017

                                        _____
                                                City, State and Zip Code
                                        (212) 549-0137

                                        _____
                                                Telephone No.

                                Order of Dismissal

         This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____        Clerk, U. S. Court of International Trade


                                        By: _____
                                                Deputy Clerk